IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREY POPYKIN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | CIVIL ACTION NO. |
| : | 1:07-CV-1107-JOF |
| ALBERTO GONZALES, Attorney : | |
| General of the United States, et al., : | |
| : | |
| Defendants.   : | |

## OPINION AND ORDER

This matter is before the court on Defendants' motion to dismiss [4-1]; Defendants' second motion to dismiss [6-1]; and Plaintiff's motion to dismiss [7-1].

On May 14, 2007, Plaintiff, Andrey V. Popykin, filed this mandamus action pursuant to 28 U.S.C. § 1361, against Defendants, Michael Chertoff, Secretary Department of Homeland Security; Alberto Gonzales, Attorney General; Rosemary Melville, Director, Citizenship and Immigration Services, Atlanta District Office; Robert Mueller, Director, Federal Bureau of Investigation; Emilio T. Gonzales, Director, Citizenship and Immigration Services, and Silvia Alonso, Office of Chief Counsel, Department of Homeland Security, seeking the court to compel Defendants to adjudicate his Form I-485 Application to Register Permanent Resident or to Adjust Status. In their second motion to dismiss, Defendants

attach a Form I-797C, Notice of Action which shows that Plaintiff's application to adjust his status to legal permanent resident was granted on August 9, 2007. Because his status has been adjusted, Plaintiff, himself, filed a motion to dismiss his complaint pursuant Federal Rule of Civil Procedure 41(a)(1).

Because the granting of Plaintiff's legal permanent residence status renders his mandamus action moot and because Plaintiff has filed a motion to voluntarily dismiss his complaint, the court DENIES AS MOOT Defendants' motion to dismiss [4-1]; GRANTS Defendants' second motion to dismiss [6-1]; and GRANTS Plaintiff's motion to dismiss [7-1].

**IT IS SO ORDERED** this 31st day of October 2007.

                                                s/ J. Owen Forrester
                                                J. OWEN FORRESTER
                        SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)